JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-02108-RGK-KS | Date | July 28, 2020 |
|---|---|---|---|
| Title | *DAWNE LOERA-HILYARD v. VICTORIA'S SECRET STORES, LLC, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Remanding to State Court**

On December 28, 2018, Plaintiff filed a Complaint against Victoria's Secret Stores, LLC ("Defendant") alleging a single claim for personal injuries arising out of a slip and fall accident in one of Defendant's stores. On March 3, 2020, Defendant removed the action to federal court, invoking this Court's diversity jurisdiction under 28 U.S.C. § 1332.

On July 23, 2020, the Court issued an order finding that Defendant's Notice of Removal was untimely. In the order, the Court stayed remand of the action to allow Plaintiff an opportunity to waive the procedural defect and remain in federal court. Plaintiff has not filed a waiver within the timeframe specified. Therefore, the Court hereby **REMANDS** the action in its entirety for all further proceedings.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer